# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 337 MAL 2021

       Respondent   :

  :   Petition for Allowance of Appeal

  :   from the Order of the Superior Court

       v.   :

  :

IAN CHRISTOPHER BRENNER,   :

  :

       Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.

A True Copy Elizabeth E. Zisk
As Of 12/01/2021

Attest: _____
Chief Clerk
Supreme Court of Pennsylvania